LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANN MARIE VANCE

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>ANN MARIE VANCE,<br><br>               Defendant. | Case No.: 2:17-CR-237 JAM<br><br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:      March 5, 2019<br>Time:     9:15 a.m.<br>Court:    Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, and Attorney Todd Leras on behalf of Defendant Ann Marie Vance, stipulate as follows:

    1.   This matter is presently set for a status conference on February 19, 2019.

    2.   By this stipulation, Defendant Vance moves to continue the status conference to

       March 5, 2019.  The parties are engaged in settlement discussions and are preparing

ORDER CONTINUING STATUS
CONFERENCE

to finalize the terms of a written plea agreement.

3. Ms. Vance is presently held in pre-trial detention at the Wayne Brown Correctional Facility in Nevada City, California, a distance of approximately sixty-five miles and slightly more than an hour drive from her counsel's office. Attorney Leras needs time to review the final plea agreement with Ms. Vance and prepare her for a change of plea hearing. In addition, Attorney Leras needs additional time to review the potential implications of the recently-enacted First Step Act in this case with Ms. Vance. Defendant Vance therefore requests to continue the status conference to March 5, 2019, at 9:15 a.m., for a possible change of plea hearing, and to exclude time between February 19, 2019 and March 5, 2019 under Local Code T-4. The United States does not oppose this request.

4. Attorney Leras represents and believes that failure to grant additional time as requested would deny Defendant Vance the reasonable time necessary for effective preparation, considering the exercise of due diligence.

5. Based on the above-stated facts, Defendant Vance requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of February 19, 2019 to March 5, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance

granted by the Court at Defendant Vance's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

7.  Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado has reviewed this proposed order and authorized Todd Leras via telephone call to sign it on his behalf.

DATED:  February 14, 2019

By     *Todd D. Leras for*
TIMOTHY DELGADO
Assistant United States Attorney

DATED:  February 14, 2019

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANN MARIE VANCE

ORDER CONTINUING STATUS
CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference in this matter, scheduled for February 19, 2019, is vacated. A new status conference is scheduled for March 5, 2019, at 9:15 a.m. The Court further finds, based on the representations of the parties and Defendant Vance's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from February 19, 2019, up to and including March 5, 2019.

DATED: February 14, 2019

                     /s/ John A. Mendez
                     HONORABLE JOHN A. MENDEZ
                     UNITED STATES DISTRICT COURT

ORDER CONTINUING STATUS
CONFERENCE