LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANN MARIE VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANN MARIE VANCE,<br><br>Defendant. | Case No.: 2:17-CR-237 JAM<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT<br><br>Date:    April 9, 2019<br>Time:   9:15 a.m.<br>Court:  Hon. John A. Mendez |

Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado, and Attorney Todd Leras on behalf of Defendant Ann Marie Vance, stipulate as follows:

1. This matter is presently set for a status conference/change of plea hearing on April 2, 2019.

2. By this stipulation, Defendant Vance moves to continue the matter for one week for a

ORDER CONTINUING STATUS CONFERENCE

change of plea hearing on April 9, 2019. The government has provided Ms. Vance with a proposed plea agreement. She intends to accept it but is requesting additional time to discuss legal matters related to her change of plea with her counsel.

3. Ms. Vance is presently held in pre-trial detention at the Wayne Brown Correctional Facility in Nevada City, California, a distance of approximately sixty-five miles and slightly more than an hour drive from her counsel's office. Attorney Leras met with Ms. Vance in Nevada City on Monday, March 25, 2019. The purpose of the meeting was to review the plea agreement, prepare for the change of plea hearing, and answer Ms. Vance's questions related to the implications of the recently-enacted First Step Act on her potential sentence. Ms. Vance learned that same morning, March 25, 2019, that her father had been admitted to hospice care and that it was anticipated that he would pass away in a matter of hours. Given that upsetting news, Ms. Vance was not in the frame of mind required to participate in an important meeting regarding resolution of her case. Ms. Vance's father died within hours of that meeting on March 25, 2019.

4. Defendant Vance therefore requests to continue her status conference/change of plea hearing to April 9, 2019, at 9:15 a.m., and to exclude time between April 2, 2019 and April 9, 2019 under Local Code T-4. The additional time is needed to ensure that Ms. Vance is fully apprised of her potential defenses, the consequences of a change of plea, and that her questions related to how provisions of the First Step Act impact her potential sentence are answered. The United States does not oppose this request.

5. Attorney Leras represents and believes that failure to grant additional time as

ORDER CONTINUING STATUS CONFERENCE

requested would deny Defendant Vance the reasonable time necessary for effective preparation, considering the exercise of due diligence.

6. Based on the above-stated facts, Defendant Vance requests that the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of April 2, 2019 to April 9, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Vance's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Timothy Delgado has authorized Todd Leras via email to sign this stipulation on his behalf.

DATED: March 28, 2019

By  *Todd D. Leras for*
TIMOTHY DELGADO
Assistant United States Attorney

DATED: March 28, 2019

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANN MARIE VANCE

ORDER CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference/change of plea hearing in this matter, scheduled for April 2, 2019, is vacated. A new change of plea hearing is scheduled for April 9, 2019, at 9:15 a.m. The Court further finds, based on the representations of the parties and Defendant Vance's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from April 2, 2019, up to and including April 9, 2019.

DATED: March 28, 2019

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING STATUS CONFERENCE