LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
ANN VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-CR-0237 JAM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER FOR TEMPORARY RELEASE |
| ANN MARIE VANCE, | |
| Defendant. | |
| | Court: Hon. Edmund F. Brennan |

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Timothy Delgado and Defendant Ann Vance by and through her attorney Todd D. Leras, request that the Court issue an order granting Ms. Vance a temporary release from the Wayne Brown Correctional Facility in Nevada City, California, from Sunday, March 31, 2019, at 9:00 a.m., to Tuesday, April 2, 2019, at 6:00 p.m., to attend the burial service for her father, Michael M. Tierney. The burial service is scheduled for Monday, April 1, 2019, at Fort Snelling National Military Cemetery in Minneapolis/St. Paul, Minnesota. The period of

ORDER FOR TEMPORARY RELEASE

temporary release is required to allow roundtrip travel from Sacramento to Minneapolis/St. Paul, Minnesota.

Ms. Vance's father, Michael M. Tierney, died on Monday, March 25, 2019. Ms. Vance was very close to her father, and his death represents a significant loss to her. Ms. Vance's family is paying for her flight to attend the burial service. Her nephew, Donald Tierney, has signed a $100,000 Appearance Bond in support of this Temporary Release Request.

Ms. Vance is currently in custody at the Wayne Brown Correctional Facility in Nevada City, California. She has been held in pre-trial detention since December 7, 2017. She is charged by Indictment with various offenses related to distribution of methamphetamine and being a felon in possession of firearms. Her matter is scheduled for Status Conference/Change of Plea Hearing on April 9, 2019, before the Honorable John A. Mendez.

The parties stipulate and agree that Ms. Vance be temporarily released from the Nevada County Jail to the third-party custody of Investigator Fred Scoville on March 31, 2019, from 9:00 a.m., to Tuesday, April 2, 2019, at 6:00 p.m. In support of her request for temporary release, Ms. Vance and her nephew, Donald Tierney, are simultaneously filing a $100,000 Appearance Bond in support of the temporary release.

Ms. Vance's activity will be limited to traveling from the Nevada County Jail to Minneapolis/St. Paul to attend the burial service for her father. Investigator Scoville will drive Ms. Vance to and from the airport, remain with her during the departing and return flights, and retain third-party custody at all times until her return to the Nevada County Jail. Ms. Vance will remain in the third-party custody of Investigator Scoville during the entire period of the Temporary Release.

Assistant U.S. Attorney Timothy Delgado has approved of this request and authorized

ORDER FOR TEMPORARY RELEASE

Todd D. Leras via email to sign it on his behalf.

DATED: March 28, 2019         By   */s/ Todd D. Leras for*
                                    TIMOTHY DELGADO
                                    Assistant United States Attorney

DATED: March 28, 2019         By   */s/ Todd D. Leras*
                                    TODD D. LERAS
                                    Attorney for Defendant
                                    ANN VANCE

# ORDER

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, and good cause appearing to exist, the Court orders the following:

1. Ann Vance (DOB: xx-xx-1968) shall be released from the Wayne Brown Correctional Facility in Nevada City, California on a "Temporary Out" on March 31, 2019, at 9:00 a.m., to the temporary custody of Investigator Fred Scoville, who has agreed to as third-party custodian.

2. Upon temporary release, Ann Vance shall remain with the third-party custodian while traveling from the Nevada County Jail to her father's burial service at Fort Snelling National Cemetery, in Minneapolis/St. Paul, Minnesota on April 1, 2019. Investigator Scoville shall remain with Ms. Vance as third-party custodian at all times, including during the trip to and from the airport, during the departing and return flights, and shall remain with her during the burial service.

ORDER FOR TEMPORARY RELEASE

3. Ms. Vance and her nephew, Donald Tierney, have signed and filed a $100,000 Appearance Bond in support of the Temporary Release.

4. Investigator Scoville shall return Ann Vance to the Wayne Brown Correctional Facility by 6:00 p.m. on Tuesday, April 2, 2019.

IT IS SO ORDERED.

DATED: MARCH 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ORDER FOR TEMPORARY RELEASE