1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 504-3933
4  toddleras@gmail.com
   Attorney for Defendant
5  ANN VANCE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-0237 JAM |
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING AND MODIFY PRE-SENTENCE REPORT DEADLINES |
| vs. | |
| ANN MARIE VANCE, | |
| Defendant. | Court: Hon. John A. Mendez |
| | Date: September 24, 2019<br>Time: 9:15 a.m. |

The parties to this action, Plaintiff United States of America by and through Assistant

U.S. Attorney Timothy Delgado and Attorney Todd D. Leras on behalf of Defendant Ann Vance,

submit this request to continue the date presently set for Judgment and Sentencing in the above-

referenced matter from July 16, 2019 to September 24, 2019 at 9:15 a.m.

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

Defense counsel requests the continuance because he needs additional time to prepare for the sentencing hearing. The government does not object to the requested continuance and the assigned probation officer has confirmed his availability on the requested date. Ms. Vance's probation interview and the draft Pre-Sentence Investigation Report have been prepared. There is therefore a limited adjustment of the previously-set disclosure schedule as follows:

1. Informal Objections to Draft Pre-Sentence Report: August 20, 2019;

2. Final Pre-Sentence Report Date: September 3, 2019;

3. Motion for Correction Date: September 10, 2019; and

4. Reply Date: September 17, 2019.

This request follows a guilty plea so an exclusion of time pursuant to the Speedy Trial Act is not required. Assistant U.S. Attorney Timothy Delgado approved of the proposed date and authorized Todd D. Leras via email to sign this Stipulation on his behalf.

DATED: June 17, 2019

By  */s/ Todd D. Leras for*
TIMOTHY H. DELGADO
Assistant United States Attorney

DATED: June 17, 2019

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
ANN VANCE

ORDER CONTINUING
SENTENCING HEARING AND
MODIFYING PSR SCHEDULE

**ORDER**

The Judgment and Sentencing Hearing in this matter is continued to September 24, 2019, at 9:15 a.m. The Court adopts the modified Pre-Sentence Investigation Report deadline proposed by the parties.

IT IS SO ORDERED.

DATED: June 18, 2019

                                                      /S/ John A. Mendez

                                                      United States District Court Judge

ORDER CONTINUING SENTENCING HEARING AND MODIFYING PSR SCHEDULE